RRR#7022 0410 0001 0718 3631

September 28, 2023

IN CLERK'S OFFICE

2023 OCT -6 PM 12:42

Clerk's Office: Robert M. Farrell
United States District Court
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**RE:   Petition for writ of 'Habeas Corpus' pursuant to 28 USC § 2241(a)(3)**

Dear Mr. Farrell:

In light of your letter[1] of September 12, 2023, I am once again presenting two (2) copies of the Undersigned's 'Petition for a Writ of habeas corpus' w/exhibits attached, and a check in the amount of "Five ($5) dollars" as required for 'filing fee'. Please 'file stamp' one of the copies as acknowledgement of receipt and filing, and mail to me (without the exhibits[2]) with the assigned docket number at the address provided below.

   Thank you in advance for your 'eye' and 'hand' in this matter.

**In Peace and Light**

I Am

©1993, "All rights reserved," the living, breathing, sentient Gensman known by the appellation "Szyon Nkrumah, Al©1993, All rights reserved"; Indigenous, Free Sovereign Great Seal Moor – of the Taino-Arawak tribe. Petitioner, ***Third Party Intervener*** and living Principal.

**Mail Postage To:**
C/O: WALLACE, NICKOYAN#2102260
NASHUA STREET JAIL
200 NASHUA STREET
BOSTON, MA 02114

---

1. For reasons beyond my control my first attempt at filing the 'habeas corpus' petition in June 2023 was hampered during the mailing process.
2. I have copies of all exhibits in personal file.